UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| MATTHEW BRANDON, | ) | |
| Petitioner, | ) | |
| | ) | No. 1:17-cv-149 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| SHERRY BURT, | ) | |
| Respondent. | ) | |
| | ) | |

## JUDGMENT

Having denied Matthew Brandon's petition for habeas relief, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 31, 2018                     /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge